# EXHIBIT "28"



**RLI Design Professionals**
150 Monument Road, Ste. 510 | Bala Cynwyd, PA 19004
Phone: 610-664-8700 | www.rlicorp.com

February 26, 2020

**Tammy Johnson**
**Florida Design Insurance, LLC**
**4707 West Gandy Blvd, Ste 15**
**Tampa, FL 33611**

Re:  Architects & Engineers Professional Liability Claims Made Coverage

Named Insured: OutsideIn Architecture, LLC

Account #:  100024702

Dear Tammy:

## BINDER OF INSURANCE

| | |
|---|---|
| Issuing Company: | RLI Insurance Company |
| Policy Number: | RDP0038983 |
| Policy Period: | 03/18/2020    to  03/18/2022 |
| Retro Date: | 3/8/2009 |
| Policy Form: | RDP 101 (09/18) |
| Per Claim Limit: | $1,000,000 |
| Annual Aggregate Limit: | $1,000,000 |
| Per Claim Deductible: | $10,000 |
| Annual Aggregate Deductible: | Not Applicable |
| Deductible Option: | Dollar One Defense |
| Gross Premium: | $26,518 |
| Other Additional Premium: | $0 |
| Taxes & Surcharges: | N/A |
| Total Premium, Taxes & Surcharges: | $26,518.00 |
| Less Commission @ 15% of premium: | $3,977.70 |
| **Total Due RLI:** | **$22,540.30** |

Agency Bill

Payment Plan/Structure: Full Payment Two Year Policy (Professional Liability Only): Two (2) installments - first (1st) installment - fifty percent (50%) of two (2) year premium on effective date of policy; second (2nd) installment - fifty percent (50%) of two (2) year premium of twelve (12) month anniversary of two (2) year policy.

<u>Net premiums reflected above are for information purposes ONLY. Reference your Billing Statement for specific amounts.</u>

If insured is cancelled for nonpayment three (3) times within a policy year, the insured will be moved to Full Payment. If insured is cancelled for nonpayment a fourth (4th) time, the policy will not be reinstated.

Endorsements:
| | |
|---|---|
| RDP 409 (03/19) | Florida Amendatory Endorsement |
| RDP 600 (09/18) | Dollar One Defense Coverage Endorsement |
| RDP 625 (01/09) | Excluded Entities or Individuals |
| RDP 655 (02/10) | Waiver of Application Endorsement |

Endorsement Comments (if applicable):
RDP625 Excluded Entities: Appono Consulting, LLC

**Coverage is bound subject to receipt and review of the following information:**

1. **Provide DPLE enrollment information for all professionals at https://www.rlicorp.com/risk-management-program-enrollment**

2. **Signed & dated application within 30-days prior to policy effective date.**

**Please refer to the above mentioned Policy Form for covered services unless otherwise amended by this binder.**

In order to complete the underwriting process, we require the additional information requested above. This binder is issued for a temporary period of 30 days from the date of this notice. Such temporary binding of coverage shall be void ab initio ("from the beginning") if we have not received, reviewed and approved in writing such materials within the aforementioned 30 days. Further, these terms are strictly conditioned upon there being no material change in the risk between the date of this letter and the inception date of the proposed policy. If we determine such material change has occurred, we may modify the terms, up to and including withdrawal of the terms.

Please review this binder carefully and notify RLI Insurance Company immediately of any inaccuracies or discrepancies.

This binder may only be changed or extended in writing by RLI Insurance Company.

Best Regards,

Alayne McDonald
Alayne.McDonald@rlicorp.com
+1 (610) 664-8700 X1468